FILED

2018 APR 11 PM 4:48

U.S. DISTRICT COURT
RN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | JUDGE BOYKO |
| ) | |
| v. ) | CASE NO. 1:18 CR 181 |
| ) | Title 21, Sections 856(a)(1) and |
| JAMES NAGY, ) | (2), 846, 841(a)(1) and (b)(1)(A), |
| KENNETH SOVACA, ) | (b)(1)(B), United States Code |
| BRIDGET GREGORI, ) | Title 18, Section 924(c)(1)(A)(i), |
| ROBERT WEIKART, ) | United States Code |
| ) | |
| Defendants. | |

### COUNT 1

(Conspiracy to Manufacture and Possess with Intent to Distribute Marijuana, in violation of Title 21 Sections 846, 841(a)(1) and (b)(1)(A))

The Grand Jury charges:

1. Beginning as early as November 1, 2017 and continuing through the present, the exact dates to the Grand Jury unknown, in the Northern District of Ohio, Eastern Division, and elsewhere, defendants, JAMES NAGY, KENNETH SOVACA, and ROBERT WEIKART, and others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to manufacture and possess with intent to distribute more than 1000 marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 2

(Manufacturing and Possession with Intent to Distribute Marijuana, in violation of Title 21 Sections 841(a)(1) and (b)(1)(A))

The Grand Jury Further charges:

2.  On or about November 7, 2017, in the Northern District of Ohio, Eastern Division, defendants JAMES NAGY, KENNETH SOVACA, and ROBERT WEIKART did knowingly and intentionally manufacture and possess with intent to distribute approximately 1,200 marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 3

(Manufacturing and Possession with Intent to Distribute Marijuana, in violation of Title 21 Sections 841(a)(1) and (b)(1)(B))

The Grand Jury Further charges:

3.  On or about November 7, 2017, in the Northern District of Ohio, Eastern Division, defendants JAMES NAGY and ROBERT WEIKART did knowingly and intentionally manufacture and possess with intent to distribute approximately 380 marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 4

(Maintaining a Drug Premises, in violation of Title 21 Section 856(a)(1) and (2))

The Grand Jury Further charges:

4. On or about November 7, 2017, in the Northern District of Ohio, Eastern Division, defendants JAMES NAGY, KENNETH SOVACA, ROBERT WEIKART, and BRIDGET GREGORI did knowingly and intentionally use, maintain, and control a place, located at an address on Ledge Road, Thompson, Ohio, the specific address known to the Grand Jury, for the purpose of manufacturing, distributing, and using a controlled substance, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 856(a)(1) and (2).

## COUNT 5

(Maintaining a Drug Premises, in violation of Title 21 Section 856(a)(1) and (2))

The Grand Jury Further charges:

5. On or about November 7, 2017, in the Northern District of Ohio, Eastern Division, defendants JAMES NAGY, and ROBERT WEIKART did knowingly and intentionally use, maintain, and control a place, located at an address on Clay Street the specific address known to the Grand Jury, for the purpose of manufacturing, distributing, and using a controlled substance, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 856(a)(1) and (2).

## COUNT 6

(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18 Section 924(c)(1)(A)(i))

The Grand Jury Further charges:

6. On or about November 7, 2017, in the Northern District of Ohio, Eastern Division, defendant ROBERT WEIKART did knowingly possess a firearm in furtherance of a drug trafficking crime, for which said defendant may be prosecuted in a court of the United

States, that is, Conspiracy to Manufacture and Possess with intent to distribute marijuana, and Manufacturing and Possession with intent to distribute Marijuana, in violation of Title 21, Sections 846, 841(a)(1) and (b)(1)(B), United States Code, as charged in Counts 2 and 4 of the Indictment, in violation of Title 18, Section 924(c)(1)(A), United States Code, and punishable under Title 18, Section 924(c)(1)(A)(i), United States Code.

## FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 7 are incorporated herein by reference. As a result of the foregoing offenses, defendants, JAMES NAGY, KENNETH SAVOCA, ROBERT WEIKART, and, BRIDGET GREGORI, shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violations; and any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; including, but not limited to, the following:

- a. $74,250.00 in U.S. Currency;
- b. $33,572.00 in U.S. Currency;
- c. The following Firearms:
    1. Collapsible Stock AK47 7.62mm Rifle, Serial no. 1980BA38198;
    2. Smith & Wesson Colt CTG .45 Caliber Revolver, Serial No. CUK7668;
    3. Sig Sauer SP2022 9mm Handgun, Serial No. SP2022;
    4. Sig Sauer SP2340 .40 Caliber Handgun, Serial No. SP0033810;

5. Raven Arms P25 .25 Caliber Handgun, Serial No. 142009; and

6. Miscellaneous ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.